Matter of Butler

2026 NY Slip Op 02585

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

MATTER OF ATTORNEYS IN VIOLATION OF JUDICIARY LAW &sect; 468-a AND JUDICIAL DEPARTMENT, PETITIONER. GREGORY JON BUTLER, RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

22

Present: Curran J.P., Bannister, Montour, Greenwood, And Hannah, JJ. (Filed Apr. 8, 2026.)

[*1]

MEMORANDUM AND ORDER

Order entered terminating suspension and granting application for reinstatement to the practice of law.